# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

**BRANDON JOE WILLIAMS®**
Appellant(s),

9th Cir. Case No. 25-1808

vs.

District Court or
BAP Case No. 2:24-cv-09553

**UNITED STATES SMALL BUSINESS**

**ADMINISTRATION**

Appellee(s).

## APPELLANT'S INFORMAL OPENING BRIEF

*(attach additional sheets as necessary, up to a total of 50 pages including this form)*

**JURISDICTION.** This information helps the court determine if it can review your case.

1.     Timeliness of Appeal:

   a.  What is the date of the judgment or order that you want this court to review? **Feb 27th, 2025**

   b.  Did you file any motion, other than for fees and costs, after the judgment was entered? Answer yes or no: **Yes, just for a final judgement**

   - If you did, on what date did you file the motion? **March 9th, 2025**

   - For prisoners or detainees, what date did you give the motion to prison authorities for mailing? **N/A**

   - What date did the district court or bankruptcy appellate panel (BAP) decide the motion that you filed after judgment? **March 10th**

    c.  What date did you file your notice of appeal? **March 19th, 2025**

          ● For prisoners or detainees, what date did you give your notice of appeal to prison authorities for mailing? **N/A**

**FACTS.** Include all facts that the court needs to know to decide your case.

2.    What are the facts of your case?

**\*There were two "loans" (currency exchanges) made between the US Small Business Administration and BRANDON JOE WILLIAMS®, with Brandon Joe Williams being the indorser on the notes.**

**\*Brandon Joe Williams was given the converted value of the original notes in Federal Reserve Notes, but all the interest value on the notes was never given to either BRANDON JOE WILLIAMS® or Brandon Joe Williams.**

**\*This lawsuit is, in itself, a claim to get that additional value of the notes that were accessed when the notes were either sold, traded, or swapped at the Federal Reserve Discount Window in accordance with 12 USC 412. It is also to close out any misunderstanding involving additional performance required above and beyond the original note (the original collateral security)**

**\*Damages are associated with the fraud of negotiation on the original notes (meaning, it was not communicated that this is not a loan but simply just a conversion of the indorser's ability to unconditionally promise to pay into Federal Reserve Notes by writing an application for notes and using the original SBA notes as a "collateral security" taken to the Federal Reserve Discount Window in accordance with 12 USC 412). The SBA used a processor, meaning a bank or Federal Credit Union, to process the notes. The program typically used (by the bank/Fed Credit Union) to make this transaction is called Fedwire and the agreement between the financial institution and the Federal Reserve that governs this transaction is an OC-10 Agreement (Operating Circular 10).**

**\*Due to all the additional research that has occurred since the beginning of this suit, it is a situation where relief could be easily achieved by simply allowing the SBA to process a new currency transaction ("loan") using a qualified and special indorsement. This would satisfy all relief requested by the appellant and his agent. This is written in an attempt to mitigate the perceived rejection of the size of the requested original damages from the original complaint. Constant and intense research has continued on this subject since the inception of the original foreign State of California suit was filed. This is not said as a way of attempting to re-plead the case but is said in an effort to let this most Honorable court know that a settlement is quite easily accessible without the SBA having to actually pay any damages out-of-pocket.**

**PROCEEDINGS BEFORE THE DISTRICT COURT OR THE BAP.** In this section, we ask you about what happened before you filed your notice of appeal with this court.

3.    What did you ask the district court or the BAP to do—for example, did you ask the court to award money damages, issue an injunction, or provide some other type of relief?

**Requested to have damages for being unknowingly placed in a peonage situation where I would, as the indorser, be stuck having to perform on a currency exchange that was already fully settled by the original processing of the notes in accordance with 12 USC 412. In fact, there was actually a surplus of value after the notes were processed and this suit is a claim to capture and take possession of the excess notes that the indorser was not aware he was releasing to the SBA/processing bank or credit union.**

**It was fraud by omission to not take the slight bit of time required to help the maker/indorser to understand the basics of negotiability. Had the indorser understood the situation, there would have been clarity as to the contract and no litigation would have been required because the original notes would have self-discharged due to the interest associated with the notes being the consideration paid to the currency exchange for their**

**services in order to zero out this contract.**

4.    What legal claim or claims did you raise in the district court or at the BAP?

**Brandon Joe Williams claimed an interest in the original collateral securities (notes), as the indorser on behalf of BRANDON JOE WILLIAMS®.**

**The following information is important to understanding the structure of the notes and understanding the difference between the indorser and the issuer:**

**Brandon Joe Williams is a "free white person" and state citizen ("man" of the "Union"), in accordance with what is said by the Honorable Justice Miller in *Slaughter-House Cases, 83 US 36 (U.S. Supreme Court - 1873)* and the Honorable Chief Justice Wallace in *ELLEN R. VAN VALKENBURG v. ALBERT BROWN 43 Cal. 43 (California Supreme Court - 1872)*. Brandon Joe Williams is not and has never been a US citizen. You can see this delineation clearly in 28 USC 1332(a)(1). The rights of Brandon Joe Williams derive from the Bill of Rights, not from the 14th Amendment. Brandon Joe Williams is not a negro nor a descendant of such. Brandon Joe Williams would be a "people" in plural use. Brandon Joe Williams was the indorser and representative on the 2 original notes done with the SBA.**

**BRANDON JOE WILLIAMS® is a 14th Amendment US citizen in accordance with 8 USC 1401(a), and derives his standing from the privileges and immunities available in the 14th Amendment and would be a "persons" in plural usage. He was born on February 14th, 1986. He falls under the subheading of "individual" in the definition of the word "person" from 8 USC 1101(b)(3). The legal structure of BRANDON JOE WILLIAMS® is a sole proprietorship. His EIN number is the "Social Security Number" that was used on these original notes, in accordance with 26 CFR 301.7701-11. BRANDON JOE WILLIAMS® is, in terms of the Commercial Codes, the represented person/account holder/issuer of the original notes done with the SBA.**

**If needed, additional information on the situation and the above can be found in extensive detail in the unrebutted affidavit that was attached to the Notice of Appeal as well as in the District case in dockets #24-1 and**

**#27-1.**

5.  **<u>Exhaustion of Administrative Remedies.</u>** For prisoners, did you use up all administrative remedies for each claim before you filed your complaint in the district court? If you did not, please tell us why. - **N/A**

**<u>PROCEEDINGS BEFORE THE COURT OF APPEALS.</u>** In this section, we ask you about issues related to this case before the court of appeals and any previous cases you have had in this court.

6.  What issues are you asking the court to review in this case? What do you think the district court or the BAP did wrong?

**I will place a question in bold then additional information below it in non-bold.**

**A. Whether the District Court erred in dismissing Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6).**

There were no State claims of which the District Court could even adjudicate due to their limited jurisdiction. Above and beyond all the other issues that will be covered in this brief, this alone should have prevented jurisdiction and allowed this case to be returned to the foreign State of California. This was an abuse of discretion. It is requested that this case be remanded back to the foreign State of California for proper adjudication.

Any State-based claims or causes of action should not be taken up by a Federal court, as covered in *Louisville & Nashville R. Co. v. Mottley, 211 US 149 (U.S. Supreme Court - 1908)*. All Commercial Code claims are intrinsically State claims due to the UCC not being law at the Federal level.

**B. Whether the District Court erred in denying Plaintiff's Motion for Void Order.**

Two different motions for void order (dockets #27 and #32) were dismissed without oral arguments and without giving the chance for the plaintiff to clarify

points and questions that may have arisen that would have prevented the judge's decision that the items were "unintelligible."

The original plaintiff/appellant and his agent were both entirely willing to come into the court and answer and clarify each point of absolutely any document, respectfully and rapidly. There was never any communicated refusal to answer and clarify any point.

It is said in ***Mathews v. Eldridge, 424 US 319 (U.S. Supreme Court - 1976)***:

**The fundamental requirement of due process is the opportunity to be heard "at a meaningful time and in a meaningful manner."** *Armstrong v. Manzo, 380 U. S. 545, 552 (1965). See Grannis v. Ordean, 234 U. S. 385, 394 (1914).*

While there were various filings into the original case, there was nothing "meaningful" about the proceedings.

In relation to this Honorable appeals court, a de novo is requested on these motions… which were all demanding and ordering the District Court to return the case to the foreign State of California for proper adjudication.

**C. Whether the District Court erred in striking Plaintiff's subsequent filings and failing to enter a final judgment that allows for an appeal.**

Pro se litigants are given much more leeway in terms of their filings and basic procedure. Typically they are given leave of the court without too much issue. This is covered in *Haines v. Kerner, 404 U.S. 519 (1972)*, *Erickson v. Pardus, 551 U.S. 89 (2007)* and *Estelle v. Gamble, 429 U.S. 97 (1976)*.

Leave was not granted to file in a response in opposition (docket #27) to the original motion to dismiss (docket #8).

This District Court should have never taken on this case to begin with, for all the reasons outlined in this brief, but even above and beyond that… leave should have been granted to respond to what had been missed. This was an abuse of discretion and it is requested that this situation be adjudicated by this Honorable appeals court.

If all the other points in this brief attempting to remand this case are not successful and the case is hereby remanded back to District Court rather than State of

California, it is hereby requested that my previous response be filed in, or that the judge recuse himself if he is biased or allow the plaintiff to achieve leave of the court to amend the complaint as needed to allow it to have traction in a Federal venue (if that occurs, it is hereby requested that the appeals court order that the California Commercial Code or Uniform Commercial Code be used for Federal adjudication in my negotiable instruments claims and causes of action). Otherwise I am left without access to the court and without access to due process under the 5th or 14th Amendment.

**D. Whether the referenced Orders issued by the District Court are valid without the signature of the presiding Judge - under L.R. 58-10 or anywhere else.**

None of the orders were signed. How can I even be sure that the judge even looked at my filings? Maybe the court clerk handled these "opinions" in an effort to reduce overall court traffic. I don't know.

These orders should be considered null and void and this case should be remanded back to the foreign State of California for proper adjudication in a State venue.

This is a de novo point because I literally have no idea if the judge even made these orders so how can I be so sure it was an "abuse of discretion?" If these "orders" were nothing more than created by the clerk or something then it wouldn't be an "abuse of discretion" because the clerk never had any discretion in the first place to make these decisions. I have no evidence of which there was any correct "discretion" of which could have been abused. It is hereby requested that all orders be overturned and the case be remanded back to the foreign State of California.

**E. Whether it is possible for the District Court to assume jurisdiction over a case removed via 28 USC 1442 when the State of which the case is being removed from is not a part of the definition of a "State court" in 28 USC 1442(d)(6).**

The definition of a "State court," in relation to the original removal to District Court, is clarified in 28 USC 1442(d)(6):

"includes the Superior Court of the District of Columbia, a court of a United States territory or insular possession, and a tribal court."

State of California is not a Superior Court of the District of Columbia, a court of a United States territory or insular possession (such as Guam, Puerto Rico or American Samoa), or a tribal court. Thus removal, in itself, is impossible (and fraudulent) in the way it was done.

Accepting this case in the first place is an abuse of discretion and should have never happened under 28 USC 1442. It is hereby requested this aspect of the case be overturned and for the case to be remanded back to the foreign State of California.

It is hereby requested that clear case law be issued on this point to prevent this sort of monstrous abuse of discretion from occurring to anyone else. Under 28 USC 1442, removal may only occur (besides DC or tribal courts) under a US territory or insular possession, which are all clarified in Title 48. State of California is not included in Title 48, nor is any other state of the Union.

### F. Whether a case, of which only contains State causes of action, may be moved from a foreign State then subsequently dismissed.

How can a case with only State causes of action, of which would never get any traction in a Federal court due to lack of ability to hear the claims, be picked up by a Federal court?

This is covered in ***Louisville & Nashville R. Co. v. Mottley, 211 US 149 (U.S. Supreme Court - 1908)*** as well as in other areas.

This is abuse of discretion and is a complete butchering of due process (both under the 5th and 14th Amendments). It is a complete destruction of my access to the courts and, if it is repeated on other people/persons then it is a major problem that needs case law and a heavy hand to prevent this sort of injustice on others.

For these reasons, it is hereby requested that this case be remanded back to the foreign State of California.

### G. Whether California Commercial Code claims can be brought at the Federal level when the Uniform Commercial Code has never been codified as Federal law. Otherwise, this removal would be destructive to due process due to the causes of action not being able to be heard in a Federal venue.

Brandon Joe Williams derives his right to due process from the 5th Amendment, whereas BRANDON JOE WILLIAMS® derives his right to due process from the 14th Amendment.

The Uniform Law Commission website says (https://www.uniformlaws.org/acts/ucc):

"The Uniform Commercial Code (UCC) is a comprehensive set of laws governing all commercial transactions in the United States. It is not a federal law, but a uniformly adopted state law."

Why or how is it acceptable for California Commercial Code claims, which are only possible as State claims, to be removed into a venue where those claims cannot be heard?

This is not acceptable and is essentially a complete breaking of due process on both the 5th and 14th Amendment level. This should not be allowable and is a complete abuse of discretion on behalf of the original District Court.

Claims that are not possible as law at the Federal level should not be able to be removed to a Federal venue in a tactical effort to make those claims unhearable. This is fraudulent in nature due to it unfairly destroying due process.

For these reasons, it is requested that this case be remanded back to the foreign State of California.

> **H. Whether a government agency, defined as a United States citizen under 8 USC 1401(a), may use the sovereign citizen defense of saying it has "sovereign immunity." How can a US citizen have sovereign immunity?**

The United States Small Business Administration is a "person" under 8 USC 1101(b)(3). It is an "organization" under 8 USC 1101(b)(3). It is also a US citizen under 8 USC 1401(a). This presumption was never rebutted with evidence (or even argued against) in any of the proceedings in any docket item of the original District case.

How can a US citizen, which literally means it has subjected itself under the National government described in 4 USC 71, be, in itself, sovereign? This is a physical and legal impossibility. This is a "sovereign citizen" defense… literally. You can't be sovereign and a US citizen at the same time.

15 USC 634 contains the General Provisions for the US Small Business Administration and it clearly says in subsection (b)(1) that the SBA can: "sue and be sued in any court of record of a State having general jurisdiction, or in any United States district court"

This situation is made abundantly clear in ***Bank of United States v. Planters' Bank of Georgia, 22 US 904 (U.S. Supreme Court - 1824)***, which is delivered by the Honorable Chief Justice John Marshall:

"It is, we think, a sound principle, that when a government becomes a partner in any trading company, it divests itself, so far as concerns the transactions of that company, of its sovereign character, and takes that of a private citizen. Instead of communicating to the company its privileges and its prerogatives, it descends to a level with those with whom it associates itself and takes the character which belongs to its associates, and to the business which is to be transacted. Thus, many states of this Union who have an interest in banks are not suable even in their own courts; yet they never exempt the corporation from being sued. The State of Georgia, by giving to the bank the capacity to sue and be sued, voluntarily strips itself of its sovereign character so far as respects the transactions of the bank and waives all the privileges of that character. As a member of a corporation, a government never exercises its sovereignty. It acts merely as a corporator, and exercises no other power in the management of the affairs of the corporation than are expressly given by the incorporating act."

\*\*\*\*\*

Accepting this defense position from the original District Court of "sovereign immunity" was an abuse of discretion as it would not be admissible under Federal Rule of Evidence 402. It was also never stated by someone with personal knowledge under oath, which is Federal Rules of Evidence 602 and 603. The defense attorneys were acting as advocates and witnesses at the same time, violating the Rules of Professional Conduct 3.7. Also, it is crystal clear in 15 USC 634(b)(1), that the SBA can be sued.

It is hereby requested that the defense's frivolous "sovereign citizen" defense be deemed an abuse of discretion and overturned and that this case be remanded back to the foreign State of California. In this specific circumstance, due to the fact that this ridiculous term is never defined, the definition used here of "sovereign citizen" is **"a negro or legal fiction, who is a US citizen under 8 USC 1401, but is**

claiming sovereignty, thus creating an oxymoron. This definition would not include a 'free white person' as mentioned in the Naturalization Act of 1790 nor a white man or woman born in one of the 50 states of the Union. A 'free white person,' to naturalize, would need to reside in the U.S. for two years as an immigrant (with one year in the state of application). They would also need to demonstrate 'good character' and swear an oath to support the U.S. Constitution."

### I. Whether a case can be dismissed without oral argument if oral argument was requested.

The arguments of the plaintiff and agent were deemed "unintelligible" by unsigned orders of the court. How can the argument be deemed "unintelligible" when an oral discourse was requested and denied by the original District Court?

This was an abuse of discretion due to the fact that the plaintiff and his agent were willing to answer or clarify any point of any aspect of the proceedings, extensively. There was no unwillingness or refusal expressed or inferred.

If all other attempts in this brief to have this case remanded back to the foreign State of California and the case is, instead, remanded back to District Court, it is hereby requested to have an oral hearing to clarify all "unintelligible" aspects of the situation so that clarity may be reached.

### J. Whether a pro se litigant should be given more leeway than was given in this case - in relation to responding to the Motion to Dismiss, in accordance with Erickson v. Pardus, 551 U.S. 89 (2007)

As already mentioned in this brief, leave of the court should not have been brushed off like it was in the District Court. This was an abuse of discretion after already having committed a slew of other abuses of discretion prior to this point.

If all other attempts in this brief to remand this case back to the foreign State if California are unsuccessful and, instead, this case is remanded back to District Court, it is hereby requested that the plaintiff have a chance to either have a hearing to clear up everything with the situation orally, or leave of the court to file in an amended complaint then also order for an oral hearing to handle all areas that may appear "unintelligible."

**K. Whether additional information should be made available to a pro se litigant who is attempting to learn how to do a better job when his docket items are labeled as "unintelligible."**

This is already covered, extensively, in this brief. But it is an abuse of discretion to not give any information and to simply dismiss the case when it comes to a pro se litigant who is obviously trying his best to understand and navigate a difficult legal process without any sort of verbal discourse. Someone unprepared in their claims or wavering in their conviction would not be so willing to have oral arguments or tender $605 in Federal Reserve Notes (unconditional promises to pay) and move the case to this most Honorable appeals court.

If all other attempts in this brief to remand this case back to the foreign State if California are unsuccessful and, instead, this case is remanded back to District Court, it is hereby requested that the plaintiff have a chance to either have a hearing to clear up everything with the situation orally, or leave of the court to file in an amended complaint then also order for an oral hearing to handle all areas that may appear "unintelligible."

**L. Whether the label of "sovereign citizen" has any factual sway or effect on any aspect of the ability of the parties to achieve due process or be heard. And, if it does, how is that not a destruction of due process if the party is not hostile towards the Court?**

In the original District Court dismissal order (Docket #23), it is said: "These arguments are highly similar to those made by sovereign citizens" and then referenced "Snead V. Chase Home Finance LLC (2007)."

In reviewing Sneed v. Chase Home Finance (3:2007cv00729), there is obviously and glaringly absolutely zero similarities between my claims and those of Miss. Snead. Her arguments were based on International Bill of Exchange - U.N. Convention sources, some variation of HJR-192, a sentiment about how there is no lawful money, how Federal Reserve notes are not legal tender, etc. None of this is even remotely close to anything I have said or inferred.

Federal Reserve Notes are unconditional promises to pay between Federal Reserve and "United States"....

Federal Reserve is described, in detail, in ***John L. Lewis v. United States of America, 680 F.2d 1239 (9th Circuit Court of Appeals - 1982): "Examining the***

*organization and function of the Federal Reserve Banks, and applying the relevant factors, we conclude that the Reserve Banks are not federal instrumentalities for purposes of the FTCA, but are independent, privately owned and locally controlled corporations."*

"United States," which is the debtor on a Federal Reserve Note described in UCC 9-307(h), is a person located in the District of Columbia. Federal Reserve Notes, as negotiable instruments, are **absolutely** legal tender. Miss Sneed was incorrect in her case. They are not money, as clearly delineated in UCC 3-102, but they are definitely currency that is used as legal tender.

While I believe Miss. Sneed was on the right path, it is patently obvious that she needed to continue her studies into the background of money versus negotiable instruments and she needs to know her State adaptation of UCC Article 3 like the back of her hand before bringing these kinds of claims (which she failed to do). My complaint, nor any of the filings into the District case, come even remotely close to Sneed v. Chase Home Finance (3:2007cv00729), yet it was used as a justification to label me as a "sovereign citizen" in order to rapidly dismiss my case without a second thought and justify my stripping of due process and access to the court.

The term "sovereign citizen" appears to be a term used to obliterate the standing of a party and pull the rug out from under their due process. It appears to be a term that allows the unleashing of massive abuses of discretion without there being any consideration of the situation. It is essentially a term that makes you as much of a leper in the court system as a "negro" of the 1857 Dred Scott time period. It is a term of bigotry that is used when a court or party wants to commit abuses of discretion without having pangs of conscience. The "sovereign citizen" is just as worthless and undeserving of due process as the negro of the 1850s.

Completely irrelevant cases are attached to justify the label and this label then justifies the dismissal without any need for further conversation (oral or otherwise). The doors shut… hard… as if I was Dred Scott, himself.

The opposing party, when entering into an area of which they obviously know very little about, in an attempt to protect their ego from having to have an in-depth conversation with a pro se litigant that could make them look ignorant, uses the "sovereign citizen" presumption (under FRE 301) in an attempt to get the judge to pick up on it.

The Honorable Justice Taney in **Dred Scott v. Sandford, 60 US 393 (U.S. Supreme Court - 1857)** says the following:

**The words "people of the United States" and "citizens" are synonymous terms, and mean the same thing. They both describe the political body who, according to our republican institutions, form the sovereignty, and who hold the power and conduct the Government through their representatives. They are what we familiarly call the "sovereign people," and every citizen is one of this people, and a constituent member of this sovereignty.**

Mr. Taney, being very specific in who are "people" and who are "persons," (I will underline the words to bring them to your attention) continues by saying [in reference to negroes of African descent or their descendants]:

**The question before us is, whether the class of <u>persons</u> described in the plea in abatement compose a portion of this <u>people</u>, and are constituent members of this sovereignty? We think they are not, and that they are not included, and were not intended to be included, under the word "citizens" in the Constitution, and can therefore claim none of the rights and privileges which that instrument provides for and secures to citizens of the United States. On the contrary, they were at that time considered as a subordinate and inferior class of beings, who had been subjugated by the dominant race, and, whether emancipated or not, yet remained subject to their authority, and had no rights or privileges but such as those who held the power and the Government might choose to grant them.**

As if the above quotes weren't clear enough, Mr. Taney continues even more extensively (I will, again, underline "people" and "persons" to show difference):

**But there are two clauses in the Constitution which point directly and specifically to the negro race as a separate class of <u>persons</u>, and show clearly that they were not regarded as a portion of the <u>people</u> or citizens of the Government then formed.**

*****

Brandon Joe Williams is a VERY white man. You could call him "Casper" and it wouldn't be a wrong name to use for his skin tone and bloodline background. A member of the Williams family originally came over on the Mayflower, named Thomas Williams. Brandon Joe Williams was born on the de jure Indiana territory

and has been a pre-13th and 14th Amendment free white state citizen (non US citizen) since his birth (a "Hoosier" or "Californian" most of his adult life, in accordance with the 2016 edition of the U.S. Government Publishing Office Style Manual section 5.23).

I'm not proud to say it, but my bloodline probably enslaved every bloodline of any African-blooded people/persons in America with the last name "Williams." The only "positive" thing that could be attached to my bloodline is the obvious fact that we were quite "prolific."

According to the Honorable Justice Taney, Brandon Joe Williams would be a "citizen" of which makes up the "political body" of which "form the sovereignty." According to Mr. Taney, Brandon Joe Williams would be someone you would "familiarly call the 'sovereign people.'" This is due to Brandon Joe Williams being carefully set up as a white state citizen under the Bill of Rights and not a US citizen under the 14th Amendment (in accordance with what is said in *Slaughter-House* and *Dred Scott v. Sandford*).

The Honorable Mr. Samuel Freeman Miller is quite specific in a few very clear quotes from ***Slaughter-House Cases, 83 US 36 (U.S. Supreme Court - 1873)***:

1. then all the negro race who had recently been made freemen, were still, not only not citizens, but were incapable of becoming so by anything short of an amendment to the Constitution.

   To remove this difficulty primarily, and to establish a clear and comprehensive definition of citizenship which should declare what should constitute citizenship of the United States, and also citizenship of a State, the first clause of the first section was framed.

2. That its main purpose was to establish the citizenship of the negro can admit of no doubt.

3. It is quite clear, then, that there is a citizenship of the United States, and a citizenship of a State, which are distinct from each other, and which depend upon different characteristics or circumstances in the individual.

4. Of the privileges and immunities of the citizen of the United States, and of the privileges and immunities of the citizen of the State, and what they respectively are, we will presently consider; but we wish to state here that it is only the former which are placed by this clause under the protection of the Federal Constitution, and that the latter, whatever they may be, are not

intended to have any additional protection by this paragraph of the amendment.

If, then, there is a difference between the privileges and immunities belonging to a citizen of the United States as such, and those belonging to the citizen of the State as such the latter must rest for their security and protection where they have heretofore rested; for they are not embraced by this paragraph of the amendment.

The Honorable Chief Justice Wallace, right here in California, was CRYSTAL clear about this situation in ***ELLEN R. VAN VALKENBURG v. ALBERT BROWN 43 Cal. 43 (California Supreme Court - 1872)***. He says the following:

**No white person born within the limits of the United States, and subject to their jurisdiction, or born without those limits, and subsequently naturalized under their laws, owes the status of citizenship to the recent amendments to the Federal Constitution. The history and aim of the Fourteenth Amendment is well known, and the purpose had in view in its adoption well understood. That purpose was to confer the status of citizenship upon a numerous class of persons domiciled within the limits of the United States, who could not be brought within the operation of the naturalization laws because native born, and whose birth, though native, had at the same time left them without the status of citizenship. These persons were not white persons, but were, in the main, persons of African descent, who had been held in slavery in this country, or, if having themselves never been held in slavery, were the native-born descendants of slaves. Prior to the adoption of the Fourteenth Amendment it was settled that neither slaves, nor those who had been such, nor the descendants of these, though native and free born, were capable of becoming citizens of the United States. (*Dred Scott v. Sanford, 19 How. 393.*) The Thirteenth Amendment, though conferring the boon of freedom upon native-born persons of African blood, had yet left them under an insuperable bar as to citizenship; and it was mainly to remedy this condition that the Fourteenth Amendment was adopted.**

\*\*\*\*\*

So, how did this "sovereign citizen" term become something that removes the ability for a party to get due process? How did this term, of which was a term of endearment many years ago, specifically for free white people (citizens of a state prior to Mr. Miller separating the "US citizen" category off for the negroes in the

Slaughter-house Cases), become a term of rejection? Is this simply part of the current emotional state in this country involving the shift of racism against the white man? It makes these judges and prosecutors using the term look TERRIBLY racist and TERRIBLY ignorant of some of the most important cases that we have ever had in our legal system since the dawn of our glorious country (referring to *Dred Scott v. Sandford* and *Slaughter-House*).

I humbly request 9th Circuit case law from this most Honorable appeals court be released to clarify and specify that this term cannot be used to completely obliterate someone's due process and court access using entirely irrelevant cases that don't contain anything even close to the same claims or arguments. This has been a continual problem for me and is like fighting a ghost and I need this situation clarified in order to have something to refer to in the 9th Circuit so that I can actually gain traction in the courts under real claims. Otherwise, I am going to continue to be treated as a proverbial 1850s "negro" and my due process and access to the courts are going to continue to be obliterated through horrific abuse of discretion.

All I have to do, at this point in time, is say the words "Commercial Code" and the shackles of "sovereign citizen" clamp down on my wrists while I'm escorted out of the courtroom. This is insane, illegal and unacceptable. This is bigotry and ignorance that is completely out of control.

Use of the "sovereign citizen" term is lazy and an abuse of discretion. The term has no clear definition, has no clearly delineated status and is not a real term that has any meaning beyond what anyone wants to randomly make it mean. It is a childish and trite term that should be either clearly defined by the 9th Circuit, or ordered to be removed from the legal lexicon to protect the bigotry and racism that the term creates. Its indiciation, without any specifics, is that it indicates someone who is neither a state citizen (free white person, naturalized or born in a state of the Union) or US citizen (negro released by the 13th Amendment and given citizenship by the 14th Amendment), but is something entirely different and is definable at-will without that definition having to ever be openly communicated. It creates a shadow-boxing situation where everyone loses due to an impossibility at deciphering the actual meaning of the usage of the term. The term shifts, like a chameleon, and becomes a monster of which cannot be responded to in opposition. It is not a contractual term, in itself, due to a complete lack of the meeting of the minds and a complete lack of clear meaning and intent.

A US citizen cannot be a member of the sovereignty, only a pre-13th Amendment white state citizen (for example, a "Californian" or "Hoosier") can be a member of the sovereignty, as already covered above by the Honorable Mr. Taney in *Dred Scott v Sandford*. The plaintiff nor defendant are sovereign, as they are both US citizens. No parties of the original suit are sovereign in any way. But the agent is a member of the sovereignty, in accordance with Mr. Taney, and his standing is impossible in a commercial complaint, like the one we are currently inspecting. This is why he uses his US citizen (BRANDON JOE WILLIAMS®) in an effort to have proper standing and interface into these various situations.

If this is incorrect, clear and transparent communication from the 9th Circuit would be appreciated due to the fact that Brandon Joe Williams, as a white Californian (non US citizen), does not believe he has the ability to appear in a Commercial Code claim. He believes as though he must use his US citizen (sole proprietorship) to bring these claims. Unless he can bring these claims as just the indorser of the original notes, which I should then be given leave of the court to adjust my complaint in that manner.

Due to the fact that there is absolutely no case law or statutes clearly breaking down the above situation, this situation would not be "legal advice." What the appellant is asking for is quite clear: in that the 9th Circuit create the case law required to navigate a situation that has no previous ability to navigate. There is no way to navigate this situation, which may appear complex but is quite simple. This is why assistance, in the form of a clear case law opinion, is requested by this most Honorable appeals court.

Case law is, within the statutory system, "common law." Due to a lack of ability to navigate this system within the bounds of any established reality, the appellant is confused and unable to confidently move forward with his claims. This is not legal advice and should not be misconstrued by this most Honorable court as such. This is a truly difficult situation that requires the direction of the 9th Circuit in order to have any hopes of navigation.

**M. Whether an affidavit would be considered to be "new evidence" in relation to any motions that would be interpreted by the court to be a Motion for Reconsideration.**

The unrebutted affidavit in dockets 24-1 and 27-1 was not treated as "new evidence" in relation to the Feb 27th dismissal order of the plaintiff's motions.

If an affidavit is considered evidence and it is newly introduced, how does that not fit the definition? This is an aspect that I am requesting a de novo look at, if the other aspects of this brief fail on appeal in terms of that this case should have never been picked up by the District Court.

If it is, then my motions should have been picked up by the District Court. A de novo look by this most Honorable appeals court should establish that.

**N. Whether this case was an abuse of discretion due to a gross misapplication of Canons 2 and 3 from the "Code of Conduct for United States Judges."**

Canon 2: A Judge Should Avoid Impropriety and the Appearance of Impropriety in all Activities

Canon 3: A Judge Should Perform the Duties of the Office Fairly, Impartially and Diligently

The fact that I am here and paying in unconditional promises to pay to have these cases and I'm trying my best to navigate these cases as a pro se litigant should, alone, be enough to justify some kind of leniency and help.

Yet, with no oral hearing, with no justification… the plaintiff/appellant's claims and complaint were illegally moved to a Federal court then subsequently dismissed without the ability to have leave of the court. I'm called a "sovereign citizen" (which has no clear meaning and doesn't even clarify where my citizenship lies), treated like a Dred Scott circa 1857 and thrown out the door. This is racism and bigotry and has no business in these courts.

For clarity, as mentioned before, the citizenship and allegiance of Brandon Joe Williams is, currently, for California.

The citizenship of BRANDON JOE WILLIAMS® is the District of Columbia, due to the fact his birth seems to lock him into that citizenship for the duration of his existence. I move his allegiance around through naturalization (8 USC 1101(a)(23)), but, overall, his citizenship (meaning his subjugation), ultimately, will always lie with the District of Columbia (which is made clear in 26 USC 7701(a)(39)).

Truthfully, this entire situation has given me an incredible reality on how the melanated people/persons in this country must feel. You are "labeled" then the door shuts and it is justified to treat you as nothing more than an article of merchandise… just like the Honorable Justice Taney described in *Dred Scott v. Sandford*.

If I had approached the district court in forma pauperis, I would not be writing this. I would understand that the original decision by the court is essentially of their discretion.

But I actually tendered Federal Reserve Notes (unconditional promises to pay) for both the original foreign State of California case as well as this appeals case (total of around $1,010 in negotiable instruments have been tendered to the courts for these proceedings). I deserve to have the basics of due process and I deserve to have equal access to the courts (both under the 5th and 14th Amendments). I deserve to have, at least, clarity on these various difficulties and struggles that we are faced with.

This is both a de novo and an abuse of discretion point to see how I was completely silenced in this case in a way that is unacceptable.

Ultimately, it is requested that this case be remanded back to the foreign State of California. This is the only proper venue possible for this case.

7. Did you present all issues listed in Question 6 to the district court or the BAP? Answer yes or no: **Overall, I would say yes.**

    If not, why not?

8. What law supports these issues on appeal? (You may refer to cases and statutes, but you are not required to do so.)

**The California Commercial Code**
**The Uniform Commercial Code (specifically Article 3)**
**4 USC 71**
**4 USC 72**
**UCC 9-307(h) - Location of the United States**
**12 USC 412**

**15 USC 634**

**28 USC 1442**

*Slaughter-House Cases, 83 US 36 (U.S. Supreme Court - 1873)*
*Dred Scott v. Sandford, 60 US 393 (U.S. Supreme Court - 1857)*
*Caha v. U.S., 152 U.S. 211 (U.S. Supreme Court - 1894)*
*ELLEN R. VAN VALKENBURG v. ALBERT BROWN 43 Cal. 43 (California*
*Supreme Court - 1872)*
*Hooven & Allison Co. v. Evatt, 324 US 652 (U.S. Supreme Court - 1945)*
*United States v. Cooper Corp 312 U.S. 600 (U.S. Supreme Court - 1941)*
*FDIC v. Philadelphia Gear Corp., 476 US 426 (U.S. Supreme Court - 1986)*
*Perry v. United States, 294 US 330 (U.S. Supreme Court - 1935)*
*Shaw v. Railroad Co., 101 US 557 (U.S. Supreme Court - 1880)*
*WHITE v. NATIONAL BANK 102 U.S. 658 (U.S. Supreme Court - 1881)*
*Swift v. Tyson, 41 US 1 (U.S. Supreme Court - 1842)*
*ARMSTRONG v. AMERICAN EXCHANGE NATIONAL BANK OF CHICAGO*
*133 U.S. 433 (U.S. Supreme Court - 1890)*
*Nathan v. Louisiana 49 U.S. 73 (U.S. Supreme Court - 1850)*
*Bank of United States v. Planters' Bank of Georgia, 22 US 904 (U.S. Supreme*
*Court - 1824)*

<u>Here are important definitions (from Black's Law 4th) and locations relating to
them that are crucial as regards to this case:</u>

**<u>NEGOTIABLE INSTRUMENTS:</u>**

1. Any written securities which may be transferred by indorsement and delivery or
by delivery merely, so as to vest in the indorsee the legal title, and thus enable him
to sue thereon in his own name. Or, more technically, those instruments which not
only carry the legal title with them by indorsement or delivery, but carry as well,
when transferred before maturity, the right of the transferee to demand the full
amounts which their faces call for. *Daniel, Neg. Inst. § la.*

2. A negotiable instrument is a written promise or request for the payment of a
certain sum of money to order or bearer. *Civ. Code Cal. § 3087.*

3. A general name for bills, *First Nat. Bank v. Rochamora, 193 N.C. 1, 136 S.E.
259, 261*; notes, checks, *Kansas City Casualty Co. v. Westport Ave. ank, 191
Mo.App. 287, 177 S.W. 1092, 1094; Santa Marina Co. v. Canadian Bank of
Commerce, C.C.A.CaI., 254 F. 391, 393*; trade acceptances, *Federal Commercial &
Savings Bank v. International Clay Machinery Co., 230 Mich. 33, 203 N.W. 166, 43*

*A.L.R. 1245*; certain bonds, *Grosfleld v. First Nat. Bank, 73 Mont. 219, 236 P. 250, 254; Stevens v. Berkshire St. Ry. Co., 247 Mass. 399, 142 N.E. 59, 60*; letters of credit, and other negotiable written securities.

4. Under the Uniform Negotiable Instruments Act, an instrument, to be negotiable, must be in writing and signed; must contain an unconditional promise or order to pay a certain sum of money on demand, or at a fixed and determinable future time; it must be payable to order or to bearer, and where it is addressed to the drawee, he must be named or otherwise indicated with reasonable certainty; its negotiability is not affected by the fact that it is not dated, or that it bears a seal, or that it does not specify the value given or that any value was given.

## NEGOTIABLE WORDS:
Words and phrases which impart the character of negotiability to bills, notes, checks, etc., in which they are inserted; for instance, a direction to pay to A. "or order" or "bearer."

## NEGOTIATE:
1. To transact business, to treat with another respecting a purchase and sale, to hold intercourse, to bargain or trade, to conduct communications or conferences. It is that which passes between parties or their agents in the course of or incident to the making of a contract and is also conversation in arranging terms of contract. *Werner v. Hendricks, 121 Pa.Super. 46, 182 A. 748, 749*

2. To discuss or arrange a sale or bargain; to arrange the preliminaries of a business transaction. Also to sell or discount negotiable paper, or assign or transfer it by indorsement and delivery. *Palmer v. Ferry, 6 Gray, Mass., 420; Newport Nat. Bank v. Board of Education, 114 Ky. 87, 70 S.W. 186.*

3. To conclude by bargain, treaty, or agreement. Morton Furniture Co. v. Dubuque *Fire & Marine Ins. Co., 287 Mass. 170, 191 N.E. 637, 638.*

4. An instrument is "negotiated" when transferred from one person to another so as to constitute transferee holder thereof. *Ficklin v. Nickles, 238 Ky. 591, 38 S.W.2d 456, 459*

## NEGOTIATION:
1. The deliberation, discussion, or conference upon the terms of a proposed agreement; the act of settling or arranging the terms and conditions of a bargain, sale, or other business transaction

2. The act by which a. bill of exchange or promissory note is put into circulation by being passed by one of the original parties to another person.

9. **Other Pending Cases.** Do you have any other cases pending in the court of appeals? If so, give the name and docket number of each case. - **Yes. BRANDON JOE WILLIAMS® v. AMERICAN EXPRESS COMPANY, 24-5426**

10. **Previous Cases.** Have you filed any previous cases that the court of appeals has decided? If so, give the name and docket number of each case. - **No**


**BRANDON JOE WILLIAMS®**          **/s/ Brandon Joe Williams, agent**
Name                               Signature

PO Box 1962

Glendale, CA 91209                 4/20/2025
**Address**                        **Date**