No. 25-1808

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**BRANDON JOE WILLIAMS**,
*Plaintiff-Appellant,*

v.

**UNITED STATES SMALL BUSINESS ADMINISTRATION**,
*Defendant-Appellee.*

Appeal from the United States District Court
Central District of California
No. CV 24-09553 RGK (SK)

## MOTION TO STAY THE BRIEFING SCHEDULE

BILAL A. ESSAYLI
    *United States Attorney*
DAVID M. HARRIS
    *Assistant United States Attorney*
    *Chief, Civil Division*
ALEXANDER L. FARRELL
    *Assistant United States Attorney*
    Federal Building
    300 N. Los Angeles Street, Suite 7516
    Los Angeles, California 90012
    Telephone: (213) 894-5557
    E-mail: Alexander.Farrell@usdoj.gov

Attorneys for Defendant-Appellee
United States Small Business
Administration

## MOTION TO STAY THE BRIEFING SCHEDULE

Defendant-Appellee United States Small Business Administration respectfully moves this Court to stay the briefing schedule until its motion for summary affirmance is decided. Appellant Brandon Joe Williams' Opening Brief was filed on April 20, 2025, Dkt. 3.1, and the answering brief is currently due on May 28, 2025, Dkt. 2.1.

Dated: May 28, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

*/s/ Alexander L. Farrell*
ALEXANDER L. FARRELL
Assistant United States Attorney

Attorneys for Defendant-Appellee
United States Small Business
Administration

1