No. 25-1808

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**BRANDON JOE WILLIAMS®**,
                *Plaintiff-Appellant,*

v.

**UNITED STATES SMALL BUSINESS ADMINISTRATION**,
                *Defendant-Appellee.*

Appeal from the United States District Court
Central District of California
No. CV 24-09553 RGK (SK)

**MOTION TO COMPEL ANSWERING BRIEF**

        Brandon Joe Williams
           *Attorney-in-fact*
        PO Box 1962
        Glendale CA, 91209
        Telephone: (747) 273-0799
        E-mail: brandon@williamsandwilliamslawfirm.com

        Attorney for Plaintiff-Appellant:
        BRANDON JOE WILLIAMS®

## MOTION TO COMPEL ANSWERING BRIEF

Appellant, BRANDON JOE WILLIAMS®, proceeding pro se, respectfully moves this Court to issue an order compelling Appellee, UNITED STATES SMALL BUSINESS ADMINISTRATION, to file the answering brief, which is overdue.

### I. BACKGROUND

This appeal was docketed on March 19th 2025.

Appellant filed the opening brief early on April 21st, 2025… which gave the advocates for the appellant an extra week on top of their original 30ish days to file in the answering brief.

Pursuant to Fed. R. App. P. 31(a)(1), as well as the docket schedule notice on March 19th, the Appellee's answering brief was due on or before 5/28/25.

As of the date of this motion, Appellee has failed to file the answering brief and has instead filed frivolous attempts to mislead this court using undefined buzzwords in an attempt to gain procedural dismissal and behave in a way that shows general bad faith.

In reviewing the Ninth Circuit Judicial Caseload Profile (https://cdn.ca9.uscourts.gov/datastore/general/2022/Ninth_Circuit_Judicial_Caseload_Profile_June2022.pdf), it is very refreshing to see that around twice as many cases are terminated on the merits rather than procedurally. This most Honorable appeals court is merit-centric which is something I am very grateful for and I am attempting to survive procedurally in an effort to actually handle the merits of this appeal. The reason the advocates flat out refuse, as shown in their filings, to handle and address the merits of this case is simply because they don't know how to substantiate their frivolous usage of terms and presumptions. They would rather use undefined or irrelevant buzzwords such as "sovereign citizen" or "money" in an attempt to get a quick and painless win through vague presumptions and procedural tactics.

In FRAP 31(a)(2), it is said: **A court of appeals that routinely considers cases on the merits promptly after the briefs are filed may shorten the time to serve and file briefs, either by local rule or by order in a particular case.**

### II. ARGUMENT

Appellee's failure to timely respond hinders the efficient administration of justice and prejudices Appellant's ability to reply. Under FRAP 27, this Court has the authority to compel the filing of briefs to ensure compliance with scheduling orders.

Appellant respectfully requests that the Court issue an order compelling Appellee to file the answering brief within 14 days or be subject to sanctions, including possible waiver of appellee's arguments.

**III. CONCLUSION**

For the foregoing reasons, Appellant respectfully requests this Court to issue an order compelling Appellee to file the answering brief within a specified time frame, and to grant such further relief as may be just and proper.

Dated: June 3, 2025　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　BRANDON JOE WILLIAMS®
　　　　　　　　　　　　　　　　　　　　By: */s/ Brandon Joe Williams, agent*