No. 25-1808

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**BRANDON JOE WILLIAMS®**,
        *Plaintiff-Appellant,*

v.

**UNITED STATES SMALL BUSINESS ADMINISTRATION**,
        *Defendant-Appellee.*

Appeal from the United States District Court
Central District of California
No. CV 24-09553 RGK (SK)

**EMERGENCY MOTION TO FIX THE DOCKET ON PACER**

    Brandon Joe Williams
      *Attorney-in-fact*
    PO Box 1962
    Glendale CA, 91209
    Telephone: (747) 273-0799
    E-mail: brandon@williamsandwilliamslawfirm.com

    Attorney for Plaintiff-Appellant:
    BRANDON JOE WILLIAMS®

**EMERGENCY MOTION TO FIX THE DOCKET ON PACER**

Appellant, BRANDON JOE WILLIAMS®, proceeding pro se, respectfully moves this Court assist in a difficulty that the Appellant, as a new pro litigant and new to this most Honorable appeals court, is having a difficulty with that could prejudice this case - which is docket access.

## I. BACKGROUND

This appeal was docketed on March 19th 2025. The docket on this case was absolutely fine and had access to all filings up until maybe 3 days ago (around June 2nd).

## II. CONCERN

When looking up the docket, which is called a "case summary," on the "CM ECF" system, the messages listed in all red letters is: "No case summary data was found for case '25-1808'."

Brandon Joe Williams called the clerk of the 9th Circuit and was originally instructed to email "efilerhelp@ca9.uscourts.gov" - this email was sent on June 4th with no response.

A second call to the 9th Circuit clerk on 6/5/25 and I was instructed to email "questions@ca9.uscourts.gov." This was done and the response was that I needed to contact PACER, as it was a problem on their end.

I then waited on hold for PACER customer service (1-800-676-6856) for 40 minutes and then was told, over the phone, that it's not an issue on PACER's side but that it's an issue on the side of the 9th Circuit.

The Appellant feels as though he has exhausted options of what he knows to handle this serious situation and he wants to bring this to the awareness of the court prior to it becoming a serious issue.

This prejudices both the appellant and appellee, as well as the public, to not have clear and easy access to the docket of this case.

## III. CONCLUSION

For the foregoing reasons, Appellant respectfully requests this Court to assist to fix this docketing issue to ensure that easy access continues to be available for the Appellant, Appellee and the public.

Dated: June 5, 2025                    Respectfully submitted,
                                       BRANDON JOE WILLIAMS®
                                       By: */s/ Brandon Joe Williams, agent*