# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 27, 2026

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

> Re:  Brandon Joe Williams
>      v. Small Business Administration
>      No. 25-1221
>      (Your No. 25-1808)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 9, 2025 and placed on the docket April 27, 2026 as No. 25-1221.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst